UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JOHN A. RICHMAN, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 4:16CV368 RWS |
|  | ) |  |
| MISSOURI DEPARTMENT OF CORRECTIONS, | ) |  |
|  | ) |  |
| Defendant, | ) |  |

## MEMORANDUM AND ORDER

Plaintiff has notified the Court that this case was opened in error. Plaintiff intended to submit an amended complaint in *Richman v. Wallace*, No. 1:15CV63 SNLJ (E.D. Mo.). However, the Clerk filed the document as a pleading in this new civil action. As a result, I will order that the complaint be docketed in the original case as an amended complaint and that this case be administratively terminated.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to docket the complaint in this case as an amended complaint in *Richman v. Wallace*, No. 1:15CV63 SNLJ (E.D. Mo.).

**IT IS FURTHER ORDERED** that the Clerk is directed to administratively terminate this action.

**IT IS FURTHER ORDERED** that the Court's Order directing plaintiff to pay the filing fee in this case is **VACATED**.

Dated this 6th day of April, 2016.

/s/ Rodney W. Sippel
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE