UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JOHN A. RICHMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:15-CV-63 SNLJ |
| | ) |
| ANNE L. PRECYTHE, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

Before the Court is plaintiff's fifth amended complaint. After reviewing the fifth amended complaint pursuant to 28 U.S.C. § 1915(e)(2)(B), the Court will order the Clerk to issue process or cause process to be issued on the fifth amended complaint.

Service shall be effectuated against defendant Anne Precythe, the Director of the Missouri Department of Corrections, in her individual capacity, in accordance with the waiver agreement the Court maintains with the Missouri Attorney General's Office.

Accordingly,

**IT IS HEREBY ORDERED** that defense counsel Jeffery Spahr's motion to withdraw [Doc. #61] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall issue process on plaintiff's fifth amended complaint. Defendant Anne Precythe, the Director of the Missouri Department of Corrections, shall be served in her individual capacity, in accordance with the waiver agreement the Court maintains with the Missouri Attorney General's Office.

**IT IS FURTHER ORDERED** that pursuant to 42 U.S.C. § 1997e(g)(2), defendant Anne Precythe shall reply to plaintiff's claims within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that this case is assigned to Track 5: Prisoner Standard.

Dated this 7th day of September, 2017.

_____
STEPHEN N. LIMBAUGH, JR.
UNITED STATES DISTRICT JUDGE